UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDING UNDER CHAPTER 13

CASE NO.: 13-24768-BKC-LMI

IN RE:

SERGIO A BARRON

**NOTICE OF CONTINUED CONFIRMATION HEARING
AND TRUSTEE'S OBJECTION TO EXEMPTIONS**

YOU ARE HEREBY NOTIFIED that the Confirmation Hearing and the Trustee's Objection to Exemptions has been continued to December 3, 2013 , at 1:35 PM, at 51 South West First Avenue, Room 1409, Miami, Florida 33130.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Continued Confirmation Hearing and Trustee's Objection to Exemptions was mailed to those parties listed below on this <u>07th</u> day of NOVEMBER 2013.

                                    Nancy K. Neidich
                                    Standing Chapter 13 Trustee
                                    Post Office Box 279806
                                    Miramar, Florida 33027
                                    Telephone: (954) 443-4402

By:    /s_____
       Nancy K. Neidich

COPIES FURNISHED TO:

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FLORIDA 33027

SERGIO A BARRON

12324 SW 198TH STREET
MIAMI, FL  33177

MATT BAYARD, ESQUIRE
LEGAL SERVICES OF GREATER MIAM
3000 BISCAYNE BLVD, SUITE 500
MIAMI, FL  33137

Case 13-24768-LMI    Doc 47    Filed 11/07/13    Page 3 of 3