UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Division: Miami

PROCEEDING UNDER CHAPTER 13
CASE NO: 13-24768-BKC-LMI

IN RE:
Sergio A Barron

DEBTOR(S)
_____/

### NOTICE OF WITHDRAWAL OF (ECF #47) TRUSTEE'S OBJECTION TO DEBTOR(S) CLAIM OF EXEMPTIONS

Notice is hereby given that the Trustee's Objection to Debtor(s) Claim of Exemptions (ECF #47) is hereby withdrawn.

I HEREBY CERTIFY that a true and correct copy of the Foregoing Notice of Withdrawal, was mailed to those parties listed this 11th day of DECEMBER, 2013.

/s
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FLORIDA 33027-4166
Telephone: (954) 443-4452

COPIES FURNISHED TO:
Sergio A. Barron
12324 SW 198th Street
Miami, FL 33177


Matthew T Bayard, Esq (ECF)