UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Division: Miami

PROCEEDING UNDER CHAPTER 13

IN RE:  CASE NO: 13-24768-BKC-LMI
SERGIO A BARRON
    DEBTOR(S)
_____/

### NOTICE OF WITHDRAWAL OF (DE #49) NOTICE OF WITHDRAWAL OF TRUSTEE'S OBJECTION TO DEBTOR(S) CLAIM OF EXEMPTIONS

Notice is hereby given that the Notice of Withdrawal of Trustee's Objections to Debtor(s) Claim of Exemptions (Docket Entry #49) filed by Nancy K. Neidich is hereby withdrawn.

I HEREBY CERTIFY that a true and correct copy of the Foregoing Notice of Withdrawal, was mailed to those parties listed this 16th day of DECEMBER 2013.

    /s_____
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FLORIDA 33027-4166
Telephone: (954) 443-4452

COPIES FURNISHED TO:
Sergio A. Barron
12324 SW 198th Street
Miami, FL 33177

Matthew T Bayard, Esq. (ECF)