UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Division: Miami

PROCEEDING UNDER CHAPTER 13
IN RE:                                    CASE NO: 13-24768-BKC-LMI
SERGIO A BARRON
    DEBTOR(S)
_____/


**NOTICE OF WITHDRAWAL OF (DE #27) TRUSTEE'S OBJECTIONS TO DEBTOR'S CLAIM OF EXEMPTIONS**

    Notice is hereby given that the Trustee's Objection to Debtor's Claim of Exemptions (Docket Entry #27) filed by Nancy K. Neidich is hereby withdrawn.

    I HEREBY CERTIFY that a true and correct copy of the Foregoing Notice of Withdrawal, was mailed to those parties listed this 16th day of DECEMBER 2013.


    /s_____
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FLORIDA 33027-4166
Telephone: (954) 443-4452

COPIES FURNISHED TO:
Sergio A. Barron
12324 SW 198th Street
Miami, FL 33177


Matthew T Bayard, Esq. (ECF)